# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 12, 2025

Lyle W. Cayce
Clerk

No. 24-11095
Summary Calendar

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Rolando Reyes-Lopez,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:24-CR-22-1

---

Before Richman, Douglas, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Rolando Reyes-Lopez appeals following his conviction for illegal reentry in violation of 8 U.S.C. § 1326(a), challenging for the first time on appeal the application of the statutory sentencing enhancement in § 1326(b). He concedes his argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), and the Government has filed an unopposed

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

motion for summary affirmance or, alternatively, for an extension of time in which to file a brief.

The parties are correct that the argument is foreclosed. *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). Summary affirmance is therefore appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). Accordingly, the motion for summary affirmance is GRANTED, the alternative motion for an extension of time is DENIED, and the judgment of the district court is AFFIRMED.